UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORRANCE GRAHAM,
          Plaintiff,

v.                                   Case No. 10-10467

PATRICIA CARUSO, JAN               Honorable Patrick J. Duggan
GOLDBERGER, SAVITHRI KAKANI,
JIM SULLIVAN, and CORRECTIONAL
MEDICAL SERVICES,
          Defendants.
_____/

**JUDGMENT**

      On February 3, 2010, Plaintiff filed a civil rights action pursuant to 42 U.S.C. §

1983, alleging deliberate indifference to his serious medical needs in violation of the

Eighth Amendment to the United States Constitution.  On this date, the Court entered an

Opinion and Order holding that Plaintiff is not entitled to relief.

      Accordingly,

      **IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is

**DISMISSED WITH PREJUDICE**.

DATE:  September 21, 2010          s/PATRICK J. DUGGAN
                                      UNITED STATES DISTRICT JUDGE

Copies to:
Torrance Graham, #507300
Lakeland Correctional Facility
141 First St.
Coldwater, MI 49036

Julia R. Bell, Esq.
Richard A. Joslin, Esq.
Magistrate Judge Donald A. Scheer